UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
EDUAR COLINDRES,

Petitioner,

- against –

JUDGMENT
26-CV-0663 (PKC)

HERIBERTO TELLEZ, Warden of the Metropolitan Detention Center; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; PAMELA BONDI, U.S. Attorney General; and KRISTI NOEM, U.S. Secretary of Homeland Security,

Respondents.
---------------------------------------------------------- X

A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge, having been filed on February 23, 2026, granting the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; Respondents are directed to release Petitioner from custody immediately and no later than within 24 hours of this Order; Respondents are further directed to return to Petitioner any and all funds or property seized from Petitioner at the time of his arrest; Respondents are directed to certify compliance with the Court's Order by filing a letter on the docket no later than 6:00 p.m. on February 24, 2026; that Respondents may not administratively recharacterize the release granted by this Order as grounds to impose conditions or re-impose existing conditions in conjunction with release (including release on recognizance or similar instruments), without prior notice to and authorization from the Court, or absent a new and independently lawful custody decision properly executed under the law; and Petitioner must not be re-detained by Respondents without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral

decisionmaker, at which Respondents will have the burden of showing that Petitioner's re-detention is authorized under Section 1226(a).

Dated: Brooklyn, New York
February 24, 2026

Approved by: s/Hon. Pamela k. Chen
PAMELA K. CHEN
United States District Judge

Dated: Brooklyn, New York
February 24, 2026

Approved by: */s/Brenna B. Mahoney*
BRENNA B. MAHONEY
Clerk of Court